OGDEN M. HOAGLAND, *Appellant,* v. GEORGE R. WILLIAMS, *Appellee.*

Division B.

Decision Filed February 22, 1926.

*Olliphant & Olliphant,* for Appellant;

*L. C. Johnson* and *Wilson & Swearingen, for Appellee.*

PER CURIAM.—This appeal is from an order overruling a demurrer to a bill of complaint seeking specific performance of an alleged contract to sell land described as ''situated between Lakes Cannon and Mirror, which you purchased from Mrs. Inman.'' The demurrer should have been sustained. See Rhode v. Gallet, 70 Fla. 536, 70 South.

Rep. 471; Swisher v. Conrad, 76 Fla. 644, 80 South. Rep. 564; Smith & Waldron filed January, 1926.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

BROWN, C. J., AND ELLIS, J., concur in the Opinion.